**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ERICA BUSH,

              Plaintiff,

  - against -

OPTIO SOLUTIONS, LLC,

              Defendant.
------------------------------------------------------------X

**JUDGMENT**
CV 21-1880 (GRB)(ARL)

A Memorandum and Order of Honorable Gary R. Brown, United States District Judge, having been filed on July 28, 2021, finding that plaintiff fails to demonstrate standing, dismissing this action, and denying as moot plaintiff's application to lift the bankruptcy stay, it is

**ORDERED AND ADJUDGED** that plaintiff Erica Bush take nothing of defendant Optio Solutions, LLC; that plaintiff fails to demonstrate standing; that this action is dismissed; that plaintiff's application to lift the bankruptcy stay is denied as moot; and that this case is closed.

Dated: July 30, 2021
       Central Islip, New York

                                         DOUGLAS C. PALMER
                                         CLERK OF THE COURT
                               BY:   /s/ JAMES J. TORITTO
                                           DEPUTY CLERK